# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2161

_____

William R. Cody,                          *
                                          *
            Appellant,                    *
                                          *  Appeal from the United States
      v.                                  *  District Court for the
                                          *  District of South Dakota.
Daryl R. Slykhuis; Dennis Block;          *
Douglas T. Loen; Clifton Fantroy;         *  [UNPUBLISHED]
Douglas L. Weber, in their individual     *
and official capacities,                  *
                                          *
            Appellees.                    *

_____

Submitted: September 4, 2007
Filed: September 11, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      South Dakota State Penitentiary (SDSP) inmate William Cody appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against SDSP officials, alleging denial of access to courts. Having carefully reviewed the record and considered Cody's arguments, we conclude that the district court

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

properly granted summary judgment and that there is no basis for reversal. <u>See</u> <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____